**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALCAZAR ARTURO,<br><br>        Petitioner,<br><br>    v.<br><br>CHAD F. WOLF,<br><br>        Respondent. | Case No. EDCV 20-1320-DSF (JPR)<br><br>ORDER DENYING PETITION WITHOUT PREJUDICE AND SUMMARILY DISMISSING ACTION |

On June 29, 2020, Petitioner, a detainee at the ICE Adelanto detention center, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody. Because Petitioner had answered only two of the questions on the five-page form habeas petition, however, the Magistrate Judge dismissed the Petition with leave to amend. She directed him to file an amended petition by no later than August 5, "answering all the questions on the form and making sure to sign it," and she warned him that "this action will likely be dismissed" if he did not do so. To date he has not filed an amended petition or requested an extension of time to do so.

Because the Petition raises no claims for the Court to adjudicate, it must be and hereby is summarily dismissed without

1

prejudice under Local Rule 72-3.2.[1]  The Court expresses no view on whether any subsequently filed petition would be timely or otherwise procedurally proper.  The Clerk is directed to administratively close this case.

DATED: 8/25/20

DALE S. FISCHER
U.S. DISTRICT JUDGE

Presented by:

Jean Rosenbluth
U.S. Magistrate Judge

---

[1] Local Rule 72-3.2 provides that "if it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief, the Magistrate Judge may prepare a proposed order for summary dismissal and submit it and a proposed judgment to the District Judge."