JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALCAZAR ARTURO,                    ) Case No. EDCV 20-1320-DSF (JPR)
                                   )
                Petitioner,        )
                                   )      **J U D G M E N T**
            v.                     )
                                   )
CHAD F. WOLF,                      )
                                   )
                Respondent.        )
                                   )

    Pursuant to the Order Denying Petition Without Prejudice and Summarily Dismissing Action,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  8/25/20

DALE S. FISCHER
U.S. DISTRICT JUDGE